### 10280.   Cox *v.* Barton & Powell.

LUKE, J.   Assignments of error not urged in the brief of the plaintiff in error will be treated as abandoned.   The evidence in this case, though conflicting, was sufficient to authorize the verdict.   The finding of the jury having the approval of the able trial judge, and there being no error of law in the trial, insisted upon here, the judgment overruling the motion for a new trial is

*Affirmed.   Wade, C. J., and Jenkins, J., concur.*

DECIDED APRIL 16, 1919.

Complaint; from city court of Valdosta—Judge Cranford. November. 14, 1918.

*A. T. Woodward, Whitaker & Dukes,* for plaintiff in error·

*James M. Johnson,* contra.